

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dean Beaver; Laurie Beaver | Civil Action No. 20CV0191-AAJB-DEB |
| **Plaintiff,** | |
| V. | |
| Omni Hotels Management Corporation; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion for summary judgment is granted.

Date:    7/21/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen

J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 20CV0191-AJB-DEB

Plaintiff

Dean Beaver; Laurie Beaver

v.

Defendant

Omni Hotels Management Corporation; a Delaware Corporation; LC Brokerage Corp., a Delaware Corporation; LC INVESTMENT 2010, LLC, a Delaware Limited Liability Company; Kelly Ginsberg, an individual; William Ims, an individual; Brett Alexander Combs, an individual; Does 1 through 50, inclusive