UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BEAVER, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-00191-AJB-DEB<br><br>**ORDER DENYING JOINT MOTION FOR CONTINUANCE OF (1) BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND (2) HEARING ON BILL OF COSTS**<br><br>**(Doc. No. 177)** |

　　　Before the Court is the Joint Motion for Continuance of (1) Briefing Schedule and Hearing on Defendants' Motion for Attorneys' Fees and (2) Hearing on Bill of Costs. (Doc. No. 177.) This is the parties' third request to extend these deadlines. (Doc. Nos. 170; 173.)

　　　Pursuant to this Court's Civil Case Procedures, most recently updated in December 2025, parties seeking a "continue or reschedule a conference, hearing, briefing schedule, or other date or deadline" must "include *specific details* addressing (1) the original date and proposed date; (2) good cause for the requested change; (3) the number of previous continuances and requests that have been made; (4) whether previous requests were granted or denied; (5) how this request will impact other dates or deadlines, and (6) how

the parties fulfilled the Court's meet-and-confer requirement." J. Battaglia Civil Case Proc. § III.D. Furthermore, a motion seeking a continuance "must be supported by a detailed declaration, explaining the specific reasons [for the request] and averring that the meet and confer requirement was met." *Id.*

The parties did not comply with the Court's Civil Case Procedures. In particular, the parties did not include a "detailed declaration[] explaining the specific reasons" for their request. *Id.*

Accordingly, the joint motion is **DENIED without prejudice** to renewal in compliance with this Court's Civil Case Procedures. (Doc. No. 177.) Any renewed motion and any supporting declaration should identify and explain what tasks remain to be completed before the parties are able to file a joint motion for preliminary approval, the amount of time the parties estimate they will require to complete said tasks, and a proposed deadline for the parties to file a joint motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: January 5, 2026

Hon. Anthony J. Battaglia
United States District Judge