UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN BEAVER, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, et al.,<br><br>                                    Defendants. | Case No.:  20-cv-00191-AJB-DEB<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>(Doc. No. 181) |

Before the Court is the Joint Motion for Preliminary Approval of Class Action Settlement filed by Plaintiffs Dean and Laurie Beaver (collectively, "the Beavers") and Defendants Omni Hotels Management Corporation; LC Brokerage Corp., LC INVESTMENT 2010, LLC; William Ims; and Brett Alexander Combs (collectively, "Omni"). (Doc. No. 181.) In considering the joint motion, the Court requests that the parties submit supplemental briefing on (1) whether the class representatives have adequately represented the class and (2) whether the proposed settlement treats class members equitably relative to each other. Fed. R. Civ. P. 23(e)(2)(A), (D). In particular, it appears that only the Beavers are liable for Omni's attorney fees. (*See, e.g.*, Doc. No. 181 at 6.) The Beavers' interests in the settlement negotiations consequently do not appear "congruent"

1

with the unnamed class members'. *Rodriguez v. W. Publ. Corp.*, 563 F.3d 948, 960 (9th Cir. 2009) (quoting *Molski v. Gleich*, 318 F.3d 937, 955 (9th Cir. 2003)).

**IT IS HEREBY ORDERED THAT**:

1. On or before **April 17, 2026**, the Beavers must file a supplemental brief, **not to exceed ten pages**, addressing the above-identified issues

2. On or before **April 24, 2026**, Omni must file a supplemental response brief, **not to exceed seven pages**.

3. The parties must appear before the undersigned to present argument on the above-identified issues on May 7, 2026, at 10:00 AM, in Courtroom 4A. The parties must also be prepared to present argument on the joint motion (Doc. No. 181) in its entirety.

**IT IS SO ORDERED.**

Dated:  March 27, 2026

Hon. Anthony J. Battaglia
United States District Judge

2

20-cv-00191-AJB-DEB